## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE:

VIVIAN MINTER,

    Debtor.

CASE NO. 13-03981

### OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Comes now SAWYER FURNITURE, a Secured Creditor in this case and objects to the plan herein filed on the grounds that it does not provide adequate protection. Debtor purchased furniture from Creditor. Judgment was granted to Creditor dated December 20, 2011 in the District Court of Mobile County, Alabama in the amount of $1,435.75, plus costs of $46.00 for a total of $1,481.75 (a copy of which is attached). Post Judgment interest is $257.28, bringing the account payoff to $1,739.03 and at an interest rate of 7.5% per annum, the total claim could be paid in 60 monthly installments at a payment of $34.85 each with total interest paid of $351.97.

/s/ J. Willis Garrett, III
J. WILLIS GARRETT, III
ATTORNEY FOR SAWYER FURNITURE
POST OFFICE BOX 16629
MOBILE, AL 36616-0629

### CERTIFICATE OF SERVICE

I do hereby certify that on the 31st of March, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

William L. Howell
P.O. Box 9458
Mobile, AL 36691

/s/ J. WILLIS GARRETT, III

2012007572 Book-6858 Page-920
Total Number of Pages: 1

AVS0312

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
CERTIFICATE OF JUDGMENT

SM 2011 003317.00
CHARLIE MCKNIGHT

IN THE DISTRICT COURT OF   MOBILE   COUNTY

SAWYER FURNITURE CO INC   VS   VIVIAN MINTER

DEFENDANT                                       PARTY'S ATTORNEY:

MINTER VIVIAN
555 GENERAL GORGAS DR E
MOBILE          ,AL   36617-0000

I, JOJO SCHWARZAUER        , CLERK OF THE ABOVE NAMED COURT HEREBY
CERTIFY THAT ON 11/17/2011 PLAINTIFF,   SAWYER FURNITURE CO IN RECOVERED
OF DEFENDANT IN SAID COURT A JUDGMENT   WITH   WAIVER OF EXEMPTIONS FOR THE
SUM OF       $1,435.75 DOLLARS PLUS       $46.00 DOLLARS COURT COSTS, AND
THAT THE  PLAINTIFF'S     ATTORNEY(S) OF RECORD WAS:
*** PRO SE ***

GIVEN UNDER MY HAND THIS DATE 12/20/2011

CLERK: JOJO SCHWARZAUER
205 GOVERNMENT STREET
MOBILE  AL  36644-2913
(251)574-8525

OPERATOR: LAH
PREPARED: 12/20/2011

PLAINTIFF:

SAWYER FURNITURE CO INC
2855 SPRINGHILL AVE
MOBILE          ,AL   36607

State of Alabama-Mobile County
I certify this instrument was filed on:
February 3, 2012 @ 1:31:11 PM
S.R. FEE            $2.00
RECORDING FEES      $3.50
TOTAL AMOUNT        $5.50

2012007572
Don Davis, Judge of Probate