IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

**SAWYER FURNITURE CO., INC.**
**Plaintiff**

VS.

**VIVIAN MINTER**
**Defendants**

CASE NO. 13-03981

### INTEREST COMPUTATION MEMORANDUM

This Interest Computation Memorandum is to explain the amount of interest, which the Plaintiff claims should be included in all post judgment collection requested herein:

1. Amount of Judgment on which interest is requested: **$1,481.75**
2. Amount of interest requested: **$257.28**
3. Date of on which interest requested started to accrue: **11/17/2011**
4. Rate of interest: **7.5%**
5. Basis on which interest rate is determined: **JUDGMENT RATE**
6. Mathematical Calculations:

| $1,481.75 | X | 7.5% | ÷ | 365 |
|---|---|---|---|---|
| (amount of principal) | (times) | (interest rate) | (Divided) | (days in year) |

| = .3044961 | X | 845 | = | $257.28 |
|---|---|---|---|---|
| (equals) | (times) | (# days interest has accrued) | (equals) | (interest requested) |

This Interest Computation form is submitted in support of the undersigned's claim of interest in this case.

This Interest Computation form is prepared this 31st day of March, 2014.

/s/ JOHN JONES
John Jones
Sawyer Furniture - Collections