IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: ) Case no. 13-03981
)
VIVIAN E. MINTER, )
)
    Debtor. )

## MOTION TO APPOINT SPECIAL COUNSEL

COMES NOW the Debtor in the above styled cause and moves the Court to appoint J. Daniel Barlar, Jr. with the firm of Conrad Barlar & McCulloch as her special counsel in this bankruptcy proceeding as follows:

1. J. Daniel Barlar, Jr. is duly admitted to practice before this Court, has experience in legal matters of the character involved in this estate, and the Debtor believes he is qualified to represent her in this proceeding;

2. Special counsel is needed by the Debtor for the purpose of redeeming her home place located at 308 Warren Street, South, Mobile, Alabama 36603 following a tax sale. An adversary proceeding against the tax purchaser and Mobile County Revenue Commissioner is likely unless an administration redemption can be effectuated between the parties. The special counsel may perform additional legal services for the Debtor in relation to redemption efforts.

3. The Debtor has deposited a retainer with Conrad Barlar & McCulloch and special counsel, if appointed, will represent her in this matter at the agreed rate of $250.00 an hour with all fees subject to this Court's approval.

4. To the best of the Debtor's knowledge, J. Daniel Barlar, Jr. represents no creditors in this estate or any other party with an interest adverse to the Debtor.

5. The Debtor believes that J. Daniel Barlar, Jr.'s employment as special counsel

would be in her best interest.

WHEREFORE, the Debtor moves the Court for authority to appoint J. Daniel Barlar, Jr. as her special counsel for the stated representation.

*Vivian E. Minter*
Vivian E. Minter

_____
J. Daniel Barlar, Jr.(BAR044)
CONRAD BARLAR & MCCULLOCH
1406 Dauphin Street
Post Office Box 3045
Mobile, AL 36652
(251) 433-3968

## CERTIFICATE OF SERVICE

I hereby certify that I have served the following parties with a copy of the foregoing either electronically or by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage heron this ____ day of April, 2014:

William L. Howell
P.O. Box 9458
Mobile, Alabama 36691

William S. Hereford
Burr & Forman, LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

Barry A. Friedman
P.O. Box 2394
Mobile, Alabama 36652

John C. McAleer, III
P.O. Box 1884
Mobile, Alabama 36633

J. Willis Garrett
3263 Cottage Hill Road
Mobile, Alabama 36606

J. Daniel Barlar, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: ) Case no. 13-03981
)
VIVIAN E. MINTER, )
)
Debtor. )

### AFFIDAVIT OF PROPOSED ATTORNEY

**STATE OF ALABAMA** )

**COUNTY OF MOBILE** )

I, J. Daniel Barlar, Jr., hereby make solemn oath as follows:

1. I am an attorney admitted to practice in the State of Alabama and in this Honorable Court.

2. I maintain an office for the practice of law at 1406 Dauphin Street, Mobile, Alabama.

3. I represent no interest adverse to the Debtor nor do I represent secured, priority or unsecured creditors in this proceeding.

_____
J. Daniel Barlar, Jr.
Attorney

Sworn to and Subscribed before me
this 30 day of April, 2014.

_____
Notary Public
My Commission Expires: 9/20/15